# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**BILLIE JO NIETO,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  2:12-cv-00578-FtM-UA-DNF**

**GOLDEN HORSESHOE INTERNET CAFÉ, INC., JOHN A SAFFER, and CARLA G. SAFFER,**

        **Defendants.**

_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (Doc. No. 18) filed February 26, 2013.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.　That the Report and Recommendation filed March 27, 2013 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.　The Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice (Doc. No. 18) is **GRANTED**.

3. The Settlement Agreement is approved as a fair and reasonable resolution of a bona fide dispute of the Fair Labor Standard Act issues.

4. This case is dismissed with prejudice.

5. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of May, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record